TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00021-CV

Alberto Sanchez, Appellant

v.

Jonathan Weinstein d/b/a Automotive Recycling Center and Recycling

Systems, Inc. d/b/a Automotive Recycling Center, Appellees

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY, 

NO. 234,067, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 

PER CURIAM

 Appellant Alberto Sanchez moves this Court to dismiss his appeal. We grant the
motion. Tex. R. App. P. 42.1(a)(2).

 The appeal is dismissed.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: February 26, 1998

Do Not Publish